*E-FILED: June 20, 2013*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KATHLEEN FLYNN, | No. C13-01589 HRL |
| Plaintiff, | **ORDER TO SHOW CAUSE RE: SETTLEMENT** |
| v. | |
| MIDLAND FUNDING LLC ET AL. Defendants. | |

The court is informed that the parties have reached a settlement. All parties shall appear on **August 27, 2013 at 10:00 am** in Courtroom 2, Fifth Floor, 280 South First St., San Jose CA 95113 and show cause, if any, why this case should not be dismissed. The parties shall file a Joint Statement in response to this Order to Show Cause no later than **August 20, 2013**. The joint statement shall state (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is needed to finalize the settlement and file a dismissal. If, however, a dismissal is filed before the hearing date, the Show Cause hearing will be automatically vacated and no statement will be required.

**IT SO ORDERED.**

Dated: June 20, 2013

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1 **C 13-01589 HRL Order will be electronically mailed to:**

2 Lindsey Anne Morgan lmorgan@snllp.com, CCogbill@snllp.com, cong@snllp.com

3 Tammy L. Hussin thussin@lemberglaw.com, filings@lemberglaw.com, ovoytovych@lemberglaw.com

4

5 **Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**